Entered: September 27, 2013
Signed: September 27, 2013

**SO ORDERED**



**ROBERT A. GORDON**
**U. S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.:   10–27943 – RAG     Chapter:  7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John Kadri Mutlu | Maria Theresa Laranang–Mutlu |
| *debtor has no known aliases* | *debtor has no known aliases* |
| 12 Eastern Avenue | 12 Eastern Avenue |
| Annapolis, MD 21403 | Annapolis, MD 21403 |
| Social Security No.:   xxx–xx–3267 | xxx–xx–9970 |
| Employer's Tax I.D. No.: | |

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor(s) on 8/6/10.

The estate of the above–named debtor(s) has been fully administered.

ORDERED, that Richard M. Kremen is discharged as trustee of the estate of the above–named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**fnldec** – *rhegerle*

**End of Order**